UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHAEL KUECHER, on behalf of herself individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　v.<br><br>EAST RIVER MEDICAL IMAGING, P.C.,<br><br>　　Defendant. | Case No.: 1:23-cv-10765-NRB |

## NOTICE OF VOLUNTARY DISMISSAL

　　Plaintiff Rachael Kuecher, pursuant to F.R.C.P. Rule 41(a), hereby voluntarily dismisses this action against Defendant East River Medical Imaging, P.C. without prejudice.

Dated:  December 13, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Vicki J. Maniatis*
　　　　　　　　　　　　　　　　　　　　Vicki J. Maniatis, Esq.
　　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN PLLC**
　　　　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　　Phone: (212) 594-5300
　　　　　　　　　　　　　　　　　　　　vmaniatis@milberg.com